

# NUMBER 13-23-00473-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALARM SECURITY &
CONTRACTING, INC.,                                              Appellant,

v.

CAMILLE HOJNACKI D/B/A
CAMILLE'S ORIGINAL JEWELRY
DESIGN,                                                         Appellee.

## On appeal from the 148th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Contreras and Justices Benavides and Tijerina
## Memorandum Opinion by Chief Justice Contreras

This cause is before the Court on an agreed motion to dismiss the appeal. According to the motion, the parties have resolved the issues in this appeal rendering the pursuit of the appeal unnecessary.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the agreed motion is granted, and the appeal is hereby dismissed as moot. In accordance with the agreed motion, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d).

Because the appeal is dismissed at the parties' request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
29th day of February, 2024.

2